United States District Court
Southern District of Texas
**ENTERED**
October 16, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JUAN LARROTTA INFANTE,** | § | |
| | § | |
| **Petitioner,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-07922** |
| | § | |
| **RAYMOND THOMPSON, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

# ORDER

On September 30, 2026, this Court granted Respondents' Motion for Summary Judgment, denied Petitioner's petition for the writ of habeas corpus without prejudice, and granted Respondents' request for leave to effectuate Petitioner's removal. ECF No. 7. Respondents have notified the Court that Petitioner was removed from the United States on October 4, 2026. ECF No. 8.

Therefore, any pending motions in this case are **DENIED AS MOOT.** The Clerk of Court is directed to administratively close this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on the 16th day of October, 2026.

Keith P. Ellison
United States District Judge